the collector did not assess duty on the rice at the rate applicable to the ducks but at the rate of duty applicable to rice. The record did not show that the rice is of no value. As rice is enumerated in paragraph 727, the claim that it is a nonenumerated manufactured article was found to have no merit. On the record presented, the protest was overruled.

**No. 47769.**—Protests 14296–K, etc., of Balfour, Guthrie & Co. et al. (San Francisco).

Opinion by CLINE J. In accordance with stipulation of counsel that the merchandise in question is the same as that passed upon in *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the claim under paragraph 1558 was sustained.

**No. 47770.**—Protests 52863–K, etc., of Balfour, Guthrie & Co. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise in question is the same as that passed upon in *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the claim under paragraph 1558 was sustained.

**No. 47771.**—Protest 27746–K of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise in question is the same as that passed upon in *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the claim under paragraph 1558 was sustained.

**No. 47772.**—Protests 73616–K, etc., of John H. Burns Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the frozen frogs' legs in question were held dutiable at 10 percent ad valorem under paragraph 1558, less 20 percent in accordance with the Cuban Trade Agreement, T. D. 47232.

**No. 47773.**—Protests 81430–K, etc., of John H. Burns Co. (Boston).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610), the frozen frogs' legs in question were held dutiable at 10 percent ad valorem under paragraph 1558, less 20 percent in accordance with the Cuban Trade Agreement, T. D. 47232.